USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANTONIO M. REYES CACERES,

           Plaintiff,

      -against-

COMMISSIONER OF SOCIAL SECURITY,

           Defendant.
-----------------------------------------------------------------X

**ORDER**
18-CV-6790 (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

On Monday, November 27, 2023, counsel for Plaintiff filed a Motion for Attorneys' Fees pursuant to 42 U.S.C § 406(b), along with supporting documentation. Unlike attorney's fees awarded pursuant to the Equal Access to Justice Act, which are paid by the Government, fees awarded pursuant to § 406(b) are payable from the claimant's past due benefits, and accordingly, Defendant has no direct financial stake in the outcome of this fee application. That said, Defendant may "play[ ] a part in the fee determination resembling that of a trustee for the claimants." *Gisbrecht v. Barnhart*, 535 U.S. 789, 798 n.6. (2002).

Accordingly, by **Wednesday, December 20, 2023**, Defendant shall file a letter stating its position, if any, on Plaintiff's fee request and specifically stating whether Defendant considers the fee "reasonable" in accordance with the factors set forth in *Wells v. Sullivan*, 907 F.2d 367, 372 (2d Cir. 1990).

**SO ORDERED.**

Dated: November 29, 2023
      New York, New York

                                                                                                KATHARINE H. PARKER
                                                                              United States Magistrate Judge